1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
    San Francisco, CA 94105-2994
3   Telephone: (415) 268-2000
    Facsimile: (415) 268-1999
4   Email: matt.jaksa@hro.com
5
    Attorneys for Plaintiffs,
6   WARNER BROS. RECORDS INC.;
    INTERSCOPE RECORDS; MAVERICK
7   RECORDING COMPANY; UMG RECORDINGS,
    INC.; BMG MUSIC; and VIRGIN RECORDS
8   AMERICA, INC.
9

10              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
11

12

13  WARNER BROS. RECORDS INC., a Delaware      CASE NO. _____
    corporation; INTERSCOPE RECORDS, a
14  California general partnership; MAVERICK
    RECORDING COMPANY, a California joint       **CERTIFICATION OF INTERESTED**
15  venture; UMG RECORDINGS, INC., a            **ENTITIES OR PERSONS**
    Delaware corporation; BMG MUSIC, a New
16  York general partnership; and VIRGIN
    RECORDS AMERICA, INC., a California
17  corporation,
18                      Plaintiffs,
19        v.
20
    JOHN DOE #2,
21                      Defendant.
22

23

24

25

26

27

28

Certification of Interested Entities or Parties
Case No.
#32413 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff Warner Bros. Records Inc.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff Interscope Records:  UMG Recordings, Inc.;  PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff Maverick Recording Company: SR/MDM Venture Inc.; Maverick Partner Inc.; WBR/Sire Ventures Inc.; Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.  Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff BMG Music: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

1

The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

Dated:  September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
    MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs
    WARNER BROS. RECORDS INC.;
    INTERSCOPE RECORDS; MAVERICK
    RECORDING COMPANY; UMG
    RECORDINGS, INC.; BMG MUSIC; and
    VIRGIN RECORDS AMERICA, INC.