AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

MJJ

4842

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO.       DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; BMG MUSIC; and VIRGIN RECORDS AMERICA, INC. | JOHN DOE # 2 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A
# JOHN DOE # 2

**IP Address:** 130.212.156.68 2007-04-21 08:43:15 EDT          **CASE ID#** 126277555

**P2P Network:** Gnutella                                        **Total Audio Files:** 202

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | Green Day | Waiting | Warning | 288-352 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | By The Way | By The Way | 316-878 |
| Maverick Recording Company | Michelle Branch | Here With Me | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| UMG Recordings, Inc. | Nelly feat. Kelly Rowland | Dilemma | Nellyville | 315-537 |

I