Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
INTERSCOPE RECORDS; MAVERICK
RECORDING COMPANY; UMG RECORDINGS,
INC.; BMG MUSIC; and VIRGIN RECORDS
AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE #2,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04842-MJJ<br><br>**The Honorable Martin J. Jenkins**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04842-MJJ
#33750 v1

Plaintiffs respectfully request that the Court continue the case management conference currently set for January 8, 2008 at 2:00 p.m. to May 6, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended from January 18, 2008 to May 16, 2008. As set forth in more detail below and in the accompanying declaration, this application is made *ex parte* because Defendant's identity is not yet known to Plaintiffs. Declaration of Matthew Franklin Jaksa ("Jaksa Decl."), ¶ 5.

Plaintiffs filed the Complaint against Defendant John Doe #2 ("Defendant") on September 20, 2007. Jaksa Decl., ¶ 2. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU") so that Plaintiffs could obtain information sufficient to identify Defendant. Jaksa Decl., ¶ 4. The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery. Jaksa Decl., ¶ 5.

If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will attempt to determine Defendant's identity by serving a Rule 45 subpoena on SFSU. Jaksa Decl., ¶ 6. However, until that time, Plaintiffs cannot seek discovery from SFSU, and therefore cannot identify and serve Defendant or otherwise advance the present litigation. Jaksa Decl., ¶¶ 5, 7, 9.

Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 8, 2008, at 2:00 p.m. to May 6, 2008.

Furthermore, the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on January 18, 2008. Jaksa Decl., ¶ 8. Unless and until Plaintiffs learn Defendant's identity, Plaintiffs will be unable to amend the complaint to name Defendant, or serve the amended complaint on Defendant. Jaksa Decl., ¶ 9. Even if the Court were to grant Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery in the near future and Plaintiffs were then to immediately serve a subpoena on SFSU, it is unlikely that Plaintiffs would learn Defendant's identity before the original service deadline passes. Moreover, Plaintiffs would be left with little or

1

1 no time to contact Defendant and attempt to resolve this matter or to amend the complaint to name
2 Defendant and attempt to serve the amended complaint.
3     Therefore, Plaintiffs respectfully request that the time to serve the Summons and Complaint
4 on Defendant be extended to May 16, 2008.

5 Dated: December 20, 2007                              HOLME ROBERTS & OWEN LLP

6                                                                   By: */s/ Matthew Franklin Jaksa*
7                                                                           MATTHEW FRANKLIN JAKSA
                                                                           Attorney for Plaintiffs

## ORDER

14     Good cause having been shown:

15     **IT IS ORDERED** that the case management conference currently set for January 8, 2008, at
16 2:00 p.m. be continued to May 6, 2008.

17     **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules
18 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to
19 May 16, 2008.

22 Dated: _____                              By: _____
23                                                                          Honorable Martin J. Jenkins
                                                                          United States District Judge

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04842-MJJ
#33750 v1