Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
INTERSCOPE RECORDS; MAVERICK
RECORDING COMPANY; UMG RECORDINGS,
INC.; BMG MUSIC; and VIRGIN RECORDS
AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO.  C 07-04842-PJH<br><br>**Honorable Phyllis J. Hamilton**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04842 PJH
#36555 v1

1     Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 126277555 with IP address 130.212.156.68 2007-04-21 08:43:15 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: April 1, 2008                                HOLME ROBERTS & OWEN LLP

                                                    By:   */s/ Matthew Franklin Jaksa*
                                                          MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs
                                                          WARNER BROS. RECORDS INC.;
                                                          INTERSCOPE RECORDS; MAVERICK
                                                          RECORDING COMPANY; UMG
                                                          RECORDINGS, INC.; BMG MUSIC; and
                                                          VIRGIN RECORDS AMERICA, INC.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04842 PJH
#36555 v1