1

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP

2

560 Mission Street, 25th Floor

3

San Francisco, CA  94105-2994
Telephone:  (415) 268-2000

4

Facsimile:  (415) 268-1999
Email:     matt.jaksa@hro.com

5

6

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;

7

INTERSCOPE RECORDS; MAVERICK
RECORDING COMPANY; UMG RECORDINGS,

8

INC.; BMG MUSIC; and VIRGIN RECORDS
AMERICA, INC.

9

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

11

12

13

WARNER BROS. RECORDS INC., a Delaware
corporation; INTERSCOPE RECORDS, a

14

California general partnership; MAVERICK
RECORDING COMPANY, a California joint

15

venture; UMG RECORDINGS, INC., a
Delaware corporation; BMG MUSIC, a New

16

York general partnership; and VIRGIN
RECORDS AMERICA, INC., a California

17

corporation,

18

                    Plaintiffs,

19

          v.

20

21

JOHN DOE,

22

                    Defendant.

CASE NO.  C 07-04842-PJH

**Honorable Phyllis J. Hamilton**

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

23

24

25

26

27

28

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC, *et*

2  *al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright

3  infringement claim against Defendant John Doe, also identified as ID # 126277555 with IP address

4  130.212.156.68 2007-04-21 08:43:15 EDT, each party to bear its/his own fees and costs.  The Clerk

5  of Court is respectfully requested to close this case.

6

7  Dated:  April 1, 2008                      HOLME ROBERTS & OWEN LLP

8

9                                             By:   ___/s/ Matthew Franklin Jaksa_____
                                                    MATTHEW FRANKLIN JAKSA
10                                                   Attorney for Plaintiffs
                                                     WARNER BROS. RECORDS INC.;
11                                                   INTERSCOPE RECORDS; MAVERICK
                                                     RECORDING COMPANY; UMG
12                                                   RECORDINGS, INC.; BMG MUSIC; and
                                                     VIRGIN RECORDS AMERICA, INC.
13

14

15                                           4/7/08

16

17



18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04842 PJH
#36555 v1